UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOE BRISCOE DRENNON            )
                               )
v.                             )     No. 3:12-00924
                               )     JUDGE CAMPBELL
UNITED STATES OF AMERICA       )

ORDER

Pending before the Court is Motion Of The United States For An Order Finding That Petitioner Has Waived The Attorney-Client Privilege (Docket No. 13). Through the Motion, the Government requests that the Court enter an order holding that the attorney-client privilege has been waived in Petitioner's criminal case because he has alleged in his Section 2255 Motion that trial counsel provided ineffective assistance.

The Motion is GRANTED. The Court holds that the Petitioner has waived the attorney-client privilege as to the matters raised in his claim of ineffective assistance of counsel. See, e.g., In re Lott, 424 F.3d 446, 453 (6th Cir. 2005)(Explaining that a habeas petitioner implicitly waives the attorney-client privilege by putting his attorney's performance at issue, and waiver extends to those matters relevant to petitioners's ineffective assistance of counsel claims).

It is so ORDERED.

                                                                                              *Todd Campbell*
                                                                                             TODD J. CAMPBELL
                                                                                             UNITED STATES DISTRICT JUDGE